JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Antonio Fernandez**,

    Plaintiff,

v.

**Rubicelio Salgado, et al.**,

    Defendants

**Case:** 2:19-cv-01817-SK

~~Proposed~~ Judgment Re: Plaintiff's Motion for an Award of Attorneys' fees and Litigation expenses

Following the Court's ruling on September 16, 2019, the Court grants JUDGMENT in favor of plaintiff Antonio Fernandez and against defendants Rubicelio Salgado, in individual and representative capacity as trustee of the Salgado Family Trust, Idalia Salgado, in individual and representative capacity as trustee of the Salgado Family Trust, and JCN Group, Inc, a California Corporation in the amount of $13,670.50 in attorneys' fees and $720.00 in costs –totaling $14,390.50.

Dated: February 3, 2020   _____
Hon. Steve Kim
United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff